In the Matter of the Application of JAMES K. POLK, JR., for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Johnston, JJ.

AISCO EQUIPMENT CORPORATION, Appellant, v. SOUTH SHORE BANK OF STATEN ISLAND, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

JULIUS ARIAN, an Infant, by LENA ARIAN, His Guardian ad Litem, Respondent, v. RUBEL CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

MARIA ASSALONE, as Administratrix, etc., of DOMENICK ASSALONE, Deceased, Respondent, v. THOMAS HAZEL, Defendant, and FORSYTHE BROS., INC., Appellant. — Motion for reargument denied, without costs. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

MAX ELLIS BURK, Respondent, v. BEACHLAND, INC., Appellant; PRUDENTIAL LUMBER CORPORATION and Others, Respondents.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

JOSEPH BURNETTI, Respondent, v. SAMUEL MARTIN, Individually and Doing Business under the Trade Name of EXHIBITOR'S TENT COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

JORAN CHRISTENSEN, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

JOHN J. DONOHUE, Administrator, etc., of CORNELIUS DONOHUE, Deceased, Respondent, v. FREDERICK LOESER & Co., INC., Defendant; MUNICIPAL SHOE Co., INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

MINNIE FISH, as Administratrix, etc., of ABRAHAM FISH, Deceased, Respondent, v. INTERSTATE MOTOR FREIGHT SERVICE, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

ELSIE B. FORSTER, Appellant, v. MANUFACTURERS TRUST COMPANY, Respondent. — Motion to resettle order of October 29, 1934, granted. Present — Young, Carswell, Scudder and Johnston, JJ.; Lazansky, P. J., not voting. [See 242 App. Div. 792.]